UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RODRIGO HERNANDEZ,<br>Petitioner,<br>v.<br><br>WARDEN BRIAN CATES,<br>Respondent. | Case No. 2:25-cv-11488-FLA (DMK)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the records and files herein and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The court ACCEPTS the recommendations of the Magistrate Judge.

Accordingly, it is ORDERED:

1. The Report and Recommendation is ACCEPTED;
2. The Motion to Dismiss (Dkt. 9) is GRANTED;
3. The Petition (Dkt. 1) is DISMISSED without prejudice;
4. Judgment shall be entered dismissing the Petition; and
5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

IT IS SO ORDERED.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge