JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RODRIGO HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN BRIAN CATES,<br>Respondent. | Case No. 2:25-cv-11488-FLA (DMK)<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, it is ADJUDGED that the Motion to Dismiss (Dkt. 9) is GRANTED and the Petition for Writ of Habeas Corpus (Dkt. 1) is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge